UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNRISE NPL, LLC,

                Plaintiff,

  -v-

EASY FINANCIAL LLC,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 3428 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been transferred to this Court from the District of New Jersey and referred, pursuant to 28 U.S.C. § 636(b)(1)(A)–(C), to Magistrate Judge Sarah L. Cave for general pretrial management and dispositive motions. General pretrial management includes scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

The parties shall promptly meet and confer and, by **May 30, 2024**, file a joint letter (the "Letter"), no longer than three (3) pages, regarding the status of this action and proposed next steps, including the impact of the pending motion for judgment on the pleadings in the related action <u>Easy Financial, LLC v. Churchill MRA Funding I, LLC et al.</u>, 23 Civ. 2948 (GHW) (SLC) (S.D.N.Y.), the discovery sought by any party, and a proposed schedule for the completion of such discovery. To the extent the parties disagree about any portion of the Letter, they may briefly set forth their respective proposals.

Dated:     New York, New York
            May 16, 2024

SO ORDERED.

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**