UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNRISE NPL, LLC,

                Plaintiff,

-v-

EASY FINANCIAL LLC,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 3428 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a stay of this action pending the resolution of the pending motion for judgment on the pleadings (the "Motion") in the related action Easy Financial, LLC v. Churchill MRA Funding I, LLC et al., 23 Civ. 2948 (GHW) (SLC) (S.D.N.Y.) (ECF No. 118), is GRANTED, and the Court orders as follows:

1. This action is STAYED pending the resolution of the Motion.

2. **Within one (1) week of the resolution of the Motion**, the parties shall file a joint letter regarding the status of this action and proposed next steps.

3. By **June 7, 2024**, attorney Richard Wolter shall file a notice of appearance for Plaintiff.

Counsel for Defendant is directed to serve a copy of this Order on Mr. Wolter by email.

Dated:    New York, New York
            May 31, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**