UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNRISE NPL, LLC,

                          Plaintiff,

-v-

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, et al.,

                          Defendants.

CIVIL ACTION NO.: 24 Civ. 3428 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' were directed, "within one (1) week of the resolution" of the motion for judgment on the pleadings (the "Motion") in the related action Easy Financial, LLC v. Churchill MRA Funding I, LLC et al., 23 Civ. 2948 (GHW) (SLC) (S.D.N.Y.) (ECF No. 118), to "file a joint letter regarding the status of this action and proposed next steps." (ECF No. 7). The parties settled Easy Financial, and the Court closed that case on January 2, 2025. 23 Civ. 2948 (GHW) (SLC) (S.D.N.Y.) (ECF No. 135). The parties have not filed a letter setting forth their proposed next steps in this action.

Accordingly, on or before **February 5, 2025**, the parties shall file a joint letter setting forth why the stay in this case (ECF No. 7) should not be lifted and their proposed next steps in this action.

Dated:     New York, New York
            January 31, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**